E-FILED 11/2/2010

JS-6

1  JEFFER, MANGELS, BUTLER & MARMARO LLP
   LOUISE ANN FERNANDEZ (Bar No. 86263)
2  AN H. NGUYEN (Bar No. 215453)
   1900 Avenue of the Stars, Seventh Floor
3  Los Angeles, California  90067-4308
   Telephone:  (310) 203-8080
4  Facsimile:   (310) 203-0567

5  Attorneys for Defendant T-MOBILE USA, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| DARYON WALKER | CASE NO.  CV09-4136 GAF (SSx) |
| --- | --- |
| Plaintiff, | |
| v. | [PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE |
| T-MOBILE USA, INC. and DOES, 1 to 100, inclusive, | |
| Defendant. | |

1  Having reviewed the stipulation of the parties, the Court hereby ORDERS as
2  follows:
3  The above-entitled case is hereby dismissed with prejudice in its entirety. Each
4  party is ordered to bear his/its own fees and costs.
5  SO ORDERED.

DATED:  November 1, 2010        By: _____
                                                      U.S. DISTRICT COURT JUDGE

JMBM Jeffer Mangels Butler & Marmaro LLP

PRINTED ON RECYCLED PAPER

7361348v1